J. O'NEILL FAIRLEIGH AND JOSEPH MORTON, EXECU-
TORS OF THE LAST WILL AND TESTAMENT OF WIL-
LIAM HIGGINS, DECEASED, PROSECUTORS, v. NEWTON
A. K. BUGBEE, COMPTROLLER OF THE TREASURY OF
THE STATE OF NEW JERSEY, DEFENDANT.

Submitted June 9, 1925—Decided October 5, 1925.

On writ of *certiorari.*

Before Justices TRENCARD, KATZENBACH and LLOYD.

For the prosecutors, *Scammell & Besore.*

For the defendant, *Edward L. Katzenbach.*

PER CURIAM.

After a full examination of this case we have reached the
conclusion that the judgment of the Prerogative Court should
be affirmed, for the reasons expressed in the opinion delivered
by Vice Chancellor Buchanan, and reported in 2 *N. J. Adv.
R.* 843.